UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――― x

Silva et al                        Plaintiff,

- against -

MBJ Cafeteria                Defendant.

―――――――――――――――――――――― x

O R D E R

09  9255
Civ.  (RWS)

Sweet, D.J.,

The parties to this action, by their attorneys, having appeared before this court at
a pretrial conference on _____ 4/14/10 _____, pursuant to Rule 16 of the
Federal Rules of Civil Procedure:

Pursuant to _____:

**IT IS HEREBY ORDERED** that:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/10

1.    All motions are to be made returnable at 12:00 noon on Wednesday and in
compliance with the rules of this Court.

2.    The parties shall complete all discovery, inspection, and file all motions,
with the exception of motions in limine, by _____ 10-6-10 , after which no
discovery will be conducted and no motion will be entertained without a showing of
special circumstances.  Plaintiff[s] shall submit a draft of the pretrial order to
the defendant[s] on or before the completion of discovery.

3.    The parties shall, in order to prevent delay or interruption of the trial,
have sufficient witnesses at all times during the trial and shall perpetuate before
trial the direct and cross-examination testimony of any essential witness.

4.    The parties shall submit to the court trial briefs, a joint proposed pretrial
order, and, if applicable, motions in limine and proposed jury charges and voir dire
requests in accordance with the annexed form and instructions by 10-27-10 .
A final pretrial conference will be held at 4:30 pm on that date and the action
shall be added to the trial calendar published in the New York Law Journal.  Prior
to submission of the final pretrial order, the parties are directed to exchange
offers of settlement.  The parties are directed to be ready for trial the day after
the pretrial order is due and, upon receipt of twenty-four hour telephone notice, on
any day thereafter.

5.    Adjournments of the dates set forth above will not be granted except for good
cause and upon written application made as soon as the grounds for such application
are known.

6.    Failure to comply with any of the provisions of this order will result in
dismissal of the action, entry of a default judgment, or other appropriate sanction.

          It is so ordered.

New York, NY

4 - 14          , 2010

ROBERT W. SWEET
U.S.D.J.